THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY DUKATT, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ISADORE HILLMAN, Appellant.

Argued June 7, 1948; decided July 16, 1948.

*Edward Halle* for appellants.

*Frank S, Hogan, District Attorney (Harold Roland Shapiro* and *Whitman Knapp* of counsel), for respondent.

Judgments reversed and new trials ordered upon the ground that the undisputed evidence is that defendants tendered a check in payment for their lodging and other accommodations upon demand by the hotel; in the absence of competent evidence that the check was worthless, such tender overcomes the presumption created by section 925 of the Penal Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.